JASON R. HULL [11202]
JHULL@MOHTRIAL.COM
**MARSHALL OLSON & HULL, PC**
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655

RAPHAEL JANOVE*
RAFI@POLLOCKCOHEN.COM
GEORGE KREBS*
GKREBS@POLLOCKCOHEN.COM
ADAM POLLOCK*
ADAM@POLLOCKCOHEN.COM
**POLLOCK COHEN LLP**
111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
TELEPHONE: 212.337.5361

ATTORNEYS FOR PLAINTIFFS AND
PROPOSED CLASS COUNSEL

ALAN M. FELDMAN*
AFELDMAN@FEDLMANSHEPHERD.COM
EDWARD S. GOLDIS*
EGOLDIS@FELMANDSHEPHERD.COM
ZACHARY ARBITMAN*
ZARBITMAN@FELMANDSHEPHERD.COM
**FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP**
1845 WALNUT STREET, 21ST FLOOR
PHILADELPHIA, PA 19103
TELEPHONE: 215.567.8300

NICHOLAS KLINE*
NKLINE@SHAHEENGORDON.COM
**SHAHEEN & GORDON, P.A.**
353 CENTRAL AVENUE, 2ND FLOOR
DOVER, NH 03820
TELEPHONE: 603.749.5000

*ADMITTED PRO HAC VICE

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMANTHA PAGANO, KRISTI BARNETT WILLIAMS, and JORDAN SILVA, individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDICTRACK, INC., a Utah corporation, iFIT Inc., a Utah corporation, and iFIT HEALTH & FITNESS, INC., a Utah corporation,<br><br>Defendants. | **STATUS REPORT**<br><br><br>Case No.: 1:23-cv-0058<br>Judge Jill N. Parrish<br>Magistrate Daphne A. Oberg |

Pursuant to the Court's order of December 23, 2024 (Dkt. 51), plaintiffs Samantha Pagano, Kristi Barnett Williams, and Jordan Silva ("Plaintiffs") submit the following status report:

1. The AAA has appointed arbitrators for the Pagano and Williams arbitrations. The parties are currently briefing the issue of arbitrability in both arbitrations.

2. Counsel for defendants were contacted but, as of the time of filing, did not respond with agreement to file this status report jointly.

Per the Court's order, the parties will submit an updated status report in 90 days.

DATED this 9th day of July, 2025.

        **SHAHEEN & GORDON, P.A.**
           NICHOLAS G. KLINE
        BY:   /s/ NICHOLAS G. KLINE

        **POLLOCK COHEN LLP**
           RAPHAEL JANOVE
           GEORGE KREBS
           ADAM POLLOCK

        **FELDMAN SHEPHERD WOHLGELERNTNER TANNER WEINSTOCK & DODIG, LLP**
           ALAN M. FELDMAN
           EDWARD S. GOLDIS
           ZACHARY ARBITMAN

        **MARSHALL OLSON & HULL, PC**
           JASON R. HULL

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that this Ninth day July, 2025, I caused the foregoing **STATUS REPORT** to be filed via the Court's CM/ECF system, which transmitted notice of such filing to all counsel of record.

/s/ *Nicholas G. Kline*
Nicholas G. Kline