IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMANTHA PAGANO, KRISTI BARNETT WILLIAMS, and JORDAN SILVA, individuals on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDICTRACK, INC., a Utah Corporation; iFIT INC., a Delaware Company; and iFIT HEALTH & FITNESS INC., a Delaware Company,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE CLAIMS OF SAMANTHA PAGANO AND KRISTI BARNETT WILLIAMS**<br><br>Case No. 1:23-cv-00058-JNP-DAO<br><br>Chief District Judge Jill N. Parrish |

On January 26, 2026, Plaintiffs Samantha Pagano and Kristi Barnett Williams filed a joint motion to dismiss their claims with prejudice. Having reviewed this motion and finding good cause, the court hereby ORDERS as follows:

1. The Joint Motion is GRANTED. ECF No. 58.

2. The claims of Plaintiffs Samantha Pagano and Kristi Barnett Williams are DISMISSED WITH PREJUDICE, with each party to bear their own costs and expenses incurred relating to those claims.

3. The claims of Plaintiff Jordan Silva remain outstanding.

Signed January 26, 2026.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge